THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

RYAN GRAVES, individually and on behalf of the Putative Class of similarly situated individuals,

Plaintiff,

v.

MICROSOFT CORPORATION, and DOES 1 though 50

Defendant.

Case No. 2:11-CV-01259

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY PLAN AND PRETRIAL DEADLINES**

**STIPULATION**

As the Court requested at a status conference held on November 22, 2011 (ECF No. 21), the parties stipulate to the discovery schedule and pretrial deadlines set forth in their Status Report and Joint Discovery Plan (ECF No. 20):

1. On Plaintiff's motion for class certification:

a. Either party who intends to affirmatively present expert testimony in support of or in opposition to certification will identify such experts and disclose their reports by April 2, 2012;

NICHOLS KASTER, PLLP
4600 IDS CENTER , 80 S EIGHTH ST
MINNEAPOLIS, MN 55402
TEL: 612.256.3287 •FAX: 612 215.6870

      b. Either party who intends to offer rebuttal experts will identify such experts and disclose their reports by May 16, 2012;

c. The parties will exchange any and all discovery which they intend to use in support of or in opposition to class certification by June 15, 2012;

d. Plaintiff will file his motion for class certification by June 29, 2012;

e. Defendant will file its opposition to Plaintiff's motion for class certification by August 3, 2012; and

f. Plaintiff will file his reply brief in support of his motion for class certification by August 20, 2012.

2. After the Court's ruling on the class certification issue:

a. Non-Expert Discovery Closes: March 29, 2013;

b. Merits Expert Disclosures: If Plaintiff intends to use expert testimony at trial, such expert(s) must be identified and their reports disclosed pursuant to Fed R. Civ. P. 26(a)(2) no later than April 15, 2013. If Defendant intends to use expert testimony at trial, such expert(s) must be identified and their reports disclosed pursuant to Fed R. Civ. P. 26(a)(2) no later than June 14, 2013. Plaintiff's rebuttal expert reports, if any, must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) no later than June 28, 2013;

c. Expert discovery closes: July 12, 2013 (120 days prior to the scheduled trial date);

d. Dispositive Motions Deadline: Dispositive motions shall be filed no later than August 12, 2013 (90 days prior to the scheduled trial date);

NICHOLS KASTER, PLLP
4600 IDS CENTER, 80 S EIGHTH ST
MINNEAPOLIS, MN 55402
TEL: 612.256.3287 •FAX: 612 215.6870

  e. Plaintiff's Pretrial Statement: Plaintiff's pretrial statement shall be served no later than September 13, 2013 (30 days prior to the date for filing the proposed pretrial order);

f. Defendant's Pretrial Statement: Defendant's pretrial statement shall be served no later than September 24, 2013 (20 days prior to the date for filing the proposed pretrial order);

g. Proposed Pretrial Order: The proposed pretrial order shall be filed on October 14, 2013 (30 days prior to the scheduled trial date); and

h. Trial: November 12, 2013.

STIPULATED AND AGREED this 28th day of November, 2011.

NICHOLS KASTER, PLLP

s/Rebekah L. Bailey
Charles Frohman, WSBA # 39161
E. Michelle Drake, MN Bar No. 387366*
Rebekah L. Bailey, MN Bar No. 389599*
*(admitted *pro hac vice*)
80 South 8th Street, Suite 4600
Minneapolis, Minnesota 55402
Telephone: (612) 256-3229
Facsimile: (612) 215-6870
Email: drake@nka.com
bailey@nka.com
frohman@nka.com

TERRELL MARSHALL DAUDT & WILLIE, PLLC
Beth E. Terrell, WSBA # 26759
936 North 34th Street, Suite 400
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: beth@tmdwlaw.com

DAVIS WRIGHT TREMAINE LLP

s/Stephen M Rummage
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA #32491
1201 Third Avenue, Suite 2200
Seattle, WA 98101-1688
Telephone: (206) 622-3150
Facsimile (206) 757-7700
Email: steverummage@dwt.com
fredburnside@dwt.com

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
Charles B. Casper*
John G. Papianou*
*(admitted *pro hac vice*)
123 South Broad Street
Philadelphia, PA 19109
Telephone: (215) 772-1500
Facsimile: (215) 772-7620

STIPULATION AND ORDER REGARDING DISCOVERY PLAN & PRETRIAL DEADLINES
CASE NO: 2:11-CV-01259

3

NICHOLS KASTER, PLLP
4600 IDS CENTER, 80 S EIGHTH ST
MINNEAPOLIS, MN 55402
TEL: 612.256.3287 •FAX: 612 215.6870

*Attorneys for Plaintiff and Putative Class Members*

Email: ccasper@mmwr.com
jpapianou@mmwr.com

*Attorneys for Defendant Microsoft Corporation*

STIPULATION AND ORDER REGARDING DISCOVERY PLAN & PRETRIAL DEADLINES
CASE NO: 2:11-CV-01259

4

NICHOLS KASTER, PLLP
4600 IDS CENTER , 80 S EIGHTH ST
MINNEAPOLIS, MN 55402
TEL: 612.256.3287 •FAX: 612 215.6870

**ORDER**

IT IS SO ORDERED.

The parties shall adhere to the schedule set forth in the foregoing stipulation.

Dated: November ______ , 2012.

John C. Coughenour
United States District Judge

STIPULATION AND ORDER REGARDING DISCOVERY PLAN & PRETRIAL DEADLINES
CASE NO: 2:11-CV-01259

5

NICHOLS KASTER, PLLP
4600 IDS CENTER , 80 S EIGHTH ST
MINNEAPOLIS, MN 55402
TEL: 612.256.3287 •FAX: 612 215.6870

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**CERTIFICATE OF SERVICE**

*Graves v. Microsoft Corp.*

Court File No.: 2:11-cv-01259

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States that on this day, I electronically filed a true and accurate copy of the document to which this certification is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Beth E Terrell: bterrell@tmdwlaw.com, bkinsey@tmdwlaw.com, enordby@tmdwlaw.com, filing@tmdwlaw.com;

Charles B. Casper: ccasper@mmwr.com, bbottiglieri@mmwr.com;

E. Michelle Drake: drake@nka.com; jguthrie@nka.com;

Fred B. Burnside: fredburnside@dwt.com, cindybourne@dwt.com, seadocket@dwt.com, stephaniechilds@dwt.com;

John Goldmark johngoldmark@dwt.com, anitagriffin@dwt.com, seadocket@dwt.com;

John G Papianou jpapianou@mmwr.com, bbottiglieri@mmwr.com;

Kimberlee L Gunning kgunning@tmdwlaw.com, bkinsey@tmdwlaw.com, enordby@tmdwlaw.com, filing@tmdwlaw.com;

Rebekah L. Bailey bailey@nka.com, assistant@nka.com; and

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com.

Executed on November 28, 2011 s/ Rebekah L. Bailey

Rebekah L. Bailey

NICHOLS KASTER, PLLP
4600 IDS CENTER , 80 S EIGHTH ST
MINNEAPOLIS, MN 55402
TEL: 612.256.3287 •FAX: 612 215.6870