The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN GRAVES, individually and on behalf of the Putative Class of similarly situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 50,<br><br>Defendant. | No. 2:11-cv-01259-JCC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, and without fees or costs to any party.

Stipulation DATED this 2nd day of April, 2012.

**TERRELL MARSHALL DAUDT & WILLIE, PLLC**

By  /s/ Beth E. Terrell
    Beth E. Terrell, WSBA #26759

**NICHOLS KASTER, PLLP**

By  /s/ E. Michelle Drake
    Charles Frohman, WSBA #39161
    E. Michelle Drake
    Rebekah I. Bailey
    Admitted Pro Hac Vice

*Attorneys for Plaintiff Ryan Graves*

**DAVIS WRIGHT TREMAINE LLP**

By  /s/ Stephen M. Rummage
    Stephen M. Rummage, WSBA #11168
    Fred B. Burnside, WSBA # 32491

**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

By  /s/ Charles B. Casper
    Charles B. Casper
    John G. Papiano
    Admitted Pro Hac Vice

*Attorneys for Defendant Microsoft Corporation*

STIPULATION OF DISMISSAL
WITH PREJUDICE (2:11-cv-01259-JCC) – 1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2012, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system which will send notification those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 2nd day of April, 2012.

    Davis Wright Tremaine LLP
*Attorneys for Defendant Microsoft Corporation*

By */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA # 32491
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
E-mail:  steverummage@dwt.com

STIPULATION OF DISMISSAL
WITH PREJUDICE (2:11-cv-01259-JCC) – 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700